IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PEPPER ESCALANTE                                                                                        PLAINTIFF
*On behalf of*
R.Y.E, A MINOR

vs.                                             Civil No. 6:10-cv-06084

MICHAEL J. ASTRUE                                                                                     DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

ENTERED this 16th day of December, 2011.

                                                                    s/ Barry A. Bryant
                                                                    HON. BARRY A. BRYANT
                                                                    U. S. MAGISTRATE JUDGE